■ In the Matter of DAVID GLASSER, Appellant, v U-HAUL CENTER CHELSEA, Respondent. [849 NYS2d 152]—Appeal from a judgment, Supreme Court, New York County (William Wetzel, J.), entered November 9, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Buckley, Catterson, Malone and Kavanagh, JJ.